NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3045

TERRY L. KENNINGTON,

Petitioner,

v.

DEPARTMENT OF THE TREASURY,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. DE315H090428-I-1.

ON MOTION

## O R D E R

Terry L. Kennington moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 7 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Terry L. Kennington
Austin M. Fulk, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 7 2010

JAN HORBALY
CLERK